E-FILED
Tuesday, 10 January, 2006 10:16:02 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**SEALED**

UNITED STATES OF AMERICA

v.

JAVIER ZAVALA-VAZQUEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 06- 7206

**FILED**

JAN 1 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 20, 2005,__ in __Champaign__ county, in the __Central__ District of __Illinois__ defendant,

an alien who previously had been deported from the United States on or about January 6, 2001, at or near Laredo, Texas, subsequent to a conviction for the commission of a felony, was found in the United States without having obtained the consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to return,

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(1)__

I further state that I am a(n) __Special Agent, ICE__ and that this complaint is based on the
Official Title
following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

s/ William A. Hutton
Signature of Complainant

Sworn to before me and subscribed in my presence,

__January 10, 2006__ at __Urbana, Illinois__
Date                                              City and State

David G. Bernthal
U.S. Magistrate Judge                  s/ David G. Bernthal
Name & Title of Judicial Officer       Signature of Judicial Officer

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF CHAMPAIGN | ) |

### AFFIDAVIT

I, William A. Hutton, the undersigned affiant, being duly sworn upon oath, depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Bureau of Immigration and Customs Enforcement (ICE) and have been so employed since March 1, 2003. I was previously employed with the U.S. Immigration and Naturalization Service (INS) for approximately nineteen (19) years. I am currently assigned to the Springfield, Illinois office.

2. In my duties, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities, which constitute the illegal reentry of aliens who have been previously deported.

3. This affidavit is made in support of a criminal complaint against JAVIER ZAVALA-VAZQUEZ, dob 3/8/77, charging him with being illegally found without the consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security, within the United States in Champaign County, in the Central District of Illinois, on or about December 20, 2005, after having been deported from the United States on or about January 6, 2001, at or near Laredo, Texas, subsequent to a conviction for the commission of a felony.

4. On December 20, 2005, Chris Jones of the Champaign County, Illinois Probation and Court Services advised me that ZAVALA, a previously deported alien, had returned to Champaign County, Illinois. Ms. Jones stated that on December 12, 2005, ZAVALA was convicted in Champaign County, Illinois for the Class 4 Felony offense of Domestic Battery and was sentenced to 24 months probation (Champaign

County case number 2004-CF-1652). Ms. Jones stated that ZAVALA was scheduled to appear for his probation appointment later today at 3:30 P.M.

5. On December 20, 2005, I conducted criminal history and immigration related queries, which disclosed that ZAVALA was assigned FBI number 71655RB5 and alien registration number A77659478. These queries also disclosed that on September 29, 2000, ZAVALA was convicted in Champaign County, Illinois, for the offense of an Aggravated Battery/Pregnant Person, a Class 3 Felony, and sentenced to 24 months probation (Champaign County case number 2000-CF-1452). These queries also disclosed that on January 6, 2001, ZAVALA was deported from the United States to Mexico at Laredo, Texas. These queries also disclosed that on December 12, 2005, ZAVALA was convicted in Champaign County, Illinois for the Class 4 Felony offense of Domestic Battery and was sentenced to 24 months probation (Champaign County case number 2004-CF-1652).

6. On December 23, 2005, Ms. Jones advised me that ZAVALA appeared for his scheduled probation appointment on December 20, 2005. Ms. Jones stated that she recognized ZAVALA as the same person who was convicted on September 29, 2000, in Champaign County, Illinois, for the offense of an Aggravated Battery of a Pregnant Person and sentenced to 24 months probation (Champaign County case number 2000-CF-1452).

7. On January 4, 2006, I received and reviewed the alien registration file (A77659478) of ZAVALA. The file indicates that ZAVALA is a native and citizen of Mexico, born in Guanajuato, Mexico on March 8, 1977. The file contains a Warrant of Deportation reflecting the deportation of ZAVALA from the United States to Mexico at Laredo, Texas, on January 6, 2001. The warrant contains the signature, photograph, and fingerprint impression of ZAVALA. The file contains no record of ZAVALA requesting or receiving permission from the Attorney General or his successor, the Secretary of the

Department of Homeland Security, to apply for readmission to the United States since his last deportation.

8. Javier ZAVALA-Vazquez is in the United States in violation of Title 8, United States Code, Section 1326(a) and 1326(b)(1). This violation occurred in Champaign County, Illinois within the Central District of Illinois.

9. Further Your Affiant Sayeth Not.

s/ William A. Hutton
William A. Hutton, Senior Special Agent
Immigration and Customs Enforcement

Subscribed and sworn to before me on this 10th day of January 2006

s/ David G. Bernthal

DAVID G. BERNTHAL
United States Magistrate Judge