AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
CENTRAL District of ILLINOIS

**SEALED**

UNITED STATES OF AMERICA

v.

JAVIER ZAVALA-VAZQUEZ

**WARRANT FOR ARREST**

Case Number: 06- 7201

FILED  
FEB -2 2006  
JOHN M. WATERS, Clerk  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
URBANA, IL

To: The United States Marshal  
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest    JAVIER ZAVALA-VAZQUEZ  
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

illegal reentry into the United States by a deported illegal alien felon,

in violation of Title   8   United States Code, Section(s)   1326(a) and (b)(1)

David G. Bernthal  
Name of Issuing Officer

United States Magistrate Judge  
Title of Issuing Officer

s/ David G. Bernthal  
Signature of Issuing Officer

January 10, 2006  
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Champaign, IL

| DATE RECEIVED  1/10/06 | NAME AND TITLE OF ARRESTING OFFICER  Bill Hutton - INS Agent | SIGNATURE OF ARRESTING OFFICER  Susan J Carroll |
|---|---|---|
| DATE OF ARREST  1/10/06 | | |