UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CR 06-200 14 |
| ) | |
| JAVIER ZAVALA-VAZQUEZ, ) | Title 8, United States Code, |
| ) | Sections 1326(a) & (b)(1) |
| Defendant. ) | |

**FILED**
FEB 03 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about December 20, 2005 in Champaign County, in the Central District of Illinois,

**JAVIER ZAVALA-VAZQUEZ,**

defendant herein, an alien who previously had been deported from the United States on or about January 6, 2001, at or near Laredo, Texas, subsequent to a conviction for commission of a felony, namely, aggravated battery of a pregnant person, a Class 3 Felony, under the laws of the state of Illinois, in Case No. 2000-CF-1452 in the Circuit Court for the Sixth Judicial Circuit, Champaign County, Illinois, was found in the United States without having obtained the consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to return.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1)

A TRUE BILL.

s/ Foreperson
_____
FOREPERSON

s/ Gregory Harris for
_____
RODGER A. HEATON
United States Attorney

DHH

2