# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>    Plaintiff )<br> )<br> ) CASE NO. **06-20014**<br> )<br>**JAVIER ZAVALA-VAZQUEZ** )<br>    Defendant ) | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:30 P.M.** on **MARCH 31, 2006** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **APRIL 10, 2006** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 14th day of February, 2006.


                                             s/ David G. Bernthal
                                             DAVID G. BERNTHAL
                                             U.S. MAGISTRATE JUDGE

06-20014 schedo.wpd