E-FILED
Friday, 31 March, 2006  04:02:33 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. 06-20014 |
| | ) | |
| **JAVIER ZAVALA-VAZQUEZ** | ) | |

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and CDIL Rule 72.1(A)(24). The Defendant entered a plea of guilty to the single charge contained in the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary as to each count, and that the offense charged is supported by an independent factual basis containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).

ENTER this 31st day of March, 2006.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE