UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 06-20014 |
| JAVIER ZAVALA-VAZQUEZ, | ) |
| Defendant. | ) |

### MOTION TO EXTEND DEADLINE
### TO FILE OBJECTIONS TO PRESENTENCE REPORT

NOW COMES the Defendant, JAVIER ZAVALA-VAZQUEZ, by and through his attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and moves this Court for the entry of an Order extending the July 17, 2006 deadline to file objections to his Presentence Report to July 31, 2006, and in support thereof, states as follows:

1. Counsel for the Defendant received a copy of the Presentence Report on July 5, 2006.

2. In order for Defendant's counsel to review the Presentence Report with Defendant, an interpreter needs to be present.

3. A meeting has been scheduled for July 28, 2006 for Defendant's counsel and Defendant to discuss the Presentence Report, and an interpreter has been scheduled to be present at this meeting.

4. In order to protect the defendant's Fifth and Sixth Amendment rights to effective assistance of counsel and due process of law, the ends of justice will be best served by extending the deadline to file objections to the Presentence Report to July 31, 2006.

WHEREFORE, Defendant respectfully requests the entry of an Order extending the deadline to file objections to the Presentence Report to July 31, 2006.

        Respectfully Submitted,

        JAVIER ZAVALA-VAZQUEZ, Defendant

        RICHARD H. PARSONS
        Federal Public Defender

            s/John Taylor
BY:_____
        JOHN TAYLOR
        Assistant Federal Public Defender
        300 West Main Street
        Urbana, Illinois 61801
        Telephone: (217) 373-0666
        Facsimile: (217) 373-0667
        Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on July 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney David H. Hoff.

                                        s/John Taylor

                                        _____
                                        JOHN TAYLOR
                                        Assistant Federal Public Defender
                                        300 West Main Street
                                        Urbana, Illinois 61801
                                        Telephone: (217) 373-0666
                                        Facsimile: (217) 373-0667
                                        Email: John_Taylor@fd.org

I:\Clients - Open Files\Zavala-Vazquez, Javier\Motion To Extend.wpd