E-FILED
Friday, 28 July, 2006  10:35:57 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-20014 |
| ) | |
| JAVIER ZAVALA-VAZQUEZ, ) | |
| ) | |
| Defendant. ) | |

### *MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PRESENTENCE REPORT AND TO CONTINUE SENTENCING HEARING*

NOW COMES the Defendant, JAVIER ZAVALA-VAZQUEZ, by and through his attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and moves this Court for the entry of an Order extending the July 31, 2006 deadline to file objections to his Presentence Report to August 14, 2006, and to continue the Sentencing Hearing in this case presently scheduled for August 9, 2006 at 2:30 p.m., and in support thereof, states as follows:

1. Counsel for the Defendant received a copy of the Presentence Report on July 5, 2006.

2. In order for Defendant's counsel to review the Presentence Report with Defendant, an interpreter needs to be present.

3. A meeting had been scheduled for July 28, 2006 for Defendant's counsel and Defendant to discuss the Presentence Report, however, the interpreter became unavailable at the last minute and the meeting had to be cancelled.

4. Another meeting has been scheduled for August 10 for Defendant's counsel and Defendant to discuss the Presentence Report, and an interpreter has been scheduled for this meeting.

5.      In order to protect the defendant's Fifth and Sixth Amendment rights to effective assistance of counsel and due process of law, the ends of justice will be best served by extending the deadline to file objections to the Presentence Report to August 14, 2006 and continuing the Sentencing Hearing to a future date.

WHEREFORE, Defendant respectfully requests the entry of an Order extending the deadline to file objections to the Presentence Report to August 14, 2006 and continuing the Sentencing Hearing.

                Respectfully Submitted,

                JAVIER ZAVALA-VAZQUEZ, Defendant


                RICHARD H. PARSONS
                Federal Public Defender

                      s/John Taylor
BY:_____
                JOHN TAYLOR
                Assistant Federal Public Defender
                300 West Main Street
                Urbana, Illinois 61801
                Telephone: (217) 373-0666
                Facsimile: (217) 373-0667
                Email: John_Taylor@fd.org

*CERTIFICATE OF SERVICE*

I hereby certify that on July 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney David H. Hoff.

                                            s/John Taylor

                                            _____
                                            JOHN TAYLOR
                                            Assistant Federal Public Defender
                                            300 West Main Street
                                            Urbana, Illinois 61801
                                            Telephone: (217) 373-0666
                                            Facsimile: (217) 373-0667
                                            Email: John_Taylor@fd.org

I:\Clients - Open Files\Zavala-Vazquez, Javier\Motion To Extend And Continue.wpd