FE-FILED
Tuesday, 10 October, 2006  01:34:36 PM
Clerk, U.S. District Court, ILCD



JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

a 27 Mayo 06

Ola Señor John mi nobre es Oliva Vega esposa de Javier Zavala el cual esta en la carcel de Clinton pues bien señor abogado metome el permiso para relatar esta carta bueno el matrimonio de Javier i yo nos casamos ace 8 años i todo marchaba bien despues binieron mis ijos i Javier meayudava con nuestros ijos i con los gastos delacasa i mui responsable como padre i como esposo pero poco a poco Javier tomaba mucha servesa i ami no megustaba eso i las suplicas que yo leacia que dejara de tomar sefue tornando en gritos i discusiones por esa rason fue que sedio el problema de violencia domestica porque siempre que yegaba boracho yo le decia que asi como el iva nunca ibamos a salir adelante pero despues de untienpo dialogamos i yegamos a un acuerdo que nunca leiva yo a decir nada cuando anduviera boracho porque asi nunca lograba nada solo agrandar la discucion i asi logramos no discutir tanto i tratar de yebar una relacion mas formal porque Javier es una perzona bien linda es mui noble i conprencivo i buen padre siempre que ande vien i no tome porque ese es el problema de Javier que el es un alcolico i no lo acethta por eso aora que Javier esta enla carsel parami es bien dificil salir adelante con 2 niños i trabajar i lebantar una casa por eso yo lepido de todo corazon que si ustet puede ayudarle aque no leden mas puntos paraqueno pase mucho tienpo enla pricion i mejor lo reporten para aya en mexico juntarnos con nuestros ijos i yo confio en ustet que si lopuede ayudar ustet lova a acer i dios selova apagar porque aun ai muchas perzonas de buenos sentimientos bueno seños que dios lo bendiga a ustet

RECEIVED
MAY 8 0 2006
BY:_____

i toda su familia porque toda obra buena que acemos solo dios nos reconpensa yo le deceo que tenga mucho exito en la vida que jamas aiga tropiesos en su vida que dios lo colme de dicha sabiduria i fortalesca asta pronto señor John Oliva Vega